
RECEIVED
IN MONROE, LA.
MAY 1 3 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 10-0228-09 |
|---|---|---|
| VERSUS | * | JUDGE ROBERT G. JAMES |
| DAVID E. JACKSON | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, David E. Jackson, and adjudges him guilty of the offense charged in Count One of the Superceding Indictment against him.

THUS DONE AND SIGNED in chambers, this 12 day of May 2011 in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE